FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 2 5 2008

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00104-ZLW

ENCARNACION T. RIVERA,

    Plaintiff,

v.

STERLING CORRECTIONAL FACILITY MEDICAL STAFF,
NURSE PRACTITIONER MRS. KATHY RITTENHOUSE, and
DOCTOR FORTUNATO,

    Defendants.

## ORDER DENYING MOTION TO RECONSIDER

Plaintiff Encarnacion T. Rivera has filed *pro se* on April 8, 2008, a letter to the Court asking the Court to reconsider the Court's Order of Dismissal and the Judgment filed in this action on April 2, 2008, and reinstate this action. The Court must construe the letter liberally because Mr. Rivera is representing himself. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). Therefore, the letter will be construed liberally as a motion to reconsider. For the reasons stated below, the motion to reconsider will be denied.

A litigant subject to an adverse judgment, and who seeks reconsideration by the district court of that adverse judgment, may "file either a motion to alter or amend the judgment pursuant to Fed. R. Civ. P. 59(e) or a motion seeking relief from the judgment pursuant to Fed. R. Civ. P. 60(b)." *Van Skiver v. United States*, 952 F.2d 1241, 1243 (10th Cir. 1991). Mr. Rivera filed his motion to reconsider within ten days after the

Judgment was filed in this action. Therefore, the Court will consider the motion to reconsider pursuant to Rule 59(e). **See id.**

The Court dismissed the instant action because Mr. Rivera failed to cure all of the deficiencies. In an order filed on January 16, 2008, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence this action and directed Mr. Rivera to cure certain deficiencies if he wished to pursue his claims. Magistrate Judge Boland specifically ordered Mr. Rivera to file a complaint, to file his motion seeking leave to proceed *in forma pauperis* on the proper form, and to submit a current, certified copy of his inmate trust fund account statement. On March 10, 2008, Mr. Rivera filed two different complaints and two different motions seeking leave to proceed *in forma pauperis*. Although one of the complaints and the *in forma pauperis* motions filed on March 10 were on the proper forms, Mr. Rivera failed to submit a current, certified copy of his inmate trust fund account statement as required pursuant to 28 U.S.C. § 1915(a)(2). Mr. Rivera alleges in his motion to reconsider that he sent all of the necessary papers to the Court but was unaware that they needed to be certified.

Upon consideration of the motion to reconsider and the entire file, the Court finds that Mr. Rivera fails to demonstrate some reason why the Court should reconsider and vacate the order to dismiss this action. The Court's records do not demonstrate that Mr. Rivera submitted a copy of his inmate trust fund account statement, certified or otherwise, to the Court with the papers filed on March 10. Furthermore, the form *in forma pauperis* motions Mr. Rivera filed on March 10 explicitly state that the inmate must submit a certified copy of his or her inmate trust fund account statement for the

2

six-month period immediately preceding the filing of the complaint. Therefore, the motion to reconsider will be denied. However, Mr. Rivera is reminded that, because the instant action was dismissed without prejudice, he may pursue his claims by filing a new action if he chooses. Accordingly, it is

ORDERED that Plaintiff's request to reconsider and reinstate this action, which he makes in a letter to the Court filed on April 8, 2008, and which the Court has construed liberally as a motion to reconsider, is denied.

DATED at Denver, Colorado, this 24 day of April, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CERTIFICATE OF MAILING

Civil Action No. 08-cv-00104-BNB

Encarnacion T. Rivera
Prisoner No. 88560
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 4/25/08

GREGORY C. LANGHAM, CLERK

By: _____
    Deputy Clerk